AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT

8/24/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ts_____ DEPUTY

United States of America

v.

JESSICA ISABEL RAMIREZ-VASQUEZ,

Defendant.

Case No.  2:25-mj-05202-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about August 23, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault of a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

/s/
_____
Complainant's signature

John M. Woodruff, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   8/24/2025 at 3:31 p.m.

_____
Judge's signature

City and state:  Los Angeles, California

Hon. Stephanie S. Christensen, U.S. Magistrate Judge
*Printed name and title*

AUSA: Yervant P. Hagopian x0732

**AFFIDAVIT**

I, John M. Woodruff, being duly sworn, declare and state as follows:

## I.   **INTRODUCTION**

1.   I am a Special Agent ("SA") with the United States Department of Homeland Security, Federal Protective Service ("FPS") and have been so employed since March 2020.  As an FPS SA, my official duties are to investigate crimes against the United States that originate on or have a nexus to United States government properties or employees, including damage to government property.  In addition to my duties with FPS, I serve as a Task Force Officer with the Federal Bureau of Investigation Joint Terrorism Task Force Pacific.  Prior to joining FPS, from October 2006 to March 2020, I was an SA with the U.S. Secret Service ("Secret Service"), where I was assigned to the Honolulu Field Office, the Dignitary Protection Division, and the Presidential Protective Division in Washington, DC.  Throughout my career, I have conducted and participated in numerous criminal investigations involving threats to Secret Service protected persons, bank fraud, wire fraud, aggravated identity theft, counterfeiting of U.S. currency and checks, theft, damage to government property, assaults, and international and domestic terrorism.  I have also been responsible for the planning and execution of search and arrest warrants.  My criminal investigation training includes but is not limited to graduation from the Federal Law Enforcement Training Center Criminal Investigator Training Course in January 2007, the Secret Service

SA Training Course in June 2007, and the FPS SA Training Course in December 2021.

## II. PURPOSE OF AFFIDAVIT

2.  This affidavit is made in support of a criminal complaint against and arrest warrant against JESSICA ISABEL RAMIREZ-VASQUEZ ("RAMIREZ-VASQUEZ") for violating 18 U.S.C. § 111(a)(1), Assault on a Federal Officer.

3.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## III. STATEMENT OF PROBABLE CAUSE

4.  Based on my review of video surveillance footage and photographs, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

   **A.  Ongoing Immigration-Related Protest in Downtown Los Angeles**

5.  On August 22 and 23, 2025, individuals protesting federal immigration enforcement operations gathered near the

parking garage entrance of the Roybal Federal Building and U.S. Courthouse located at 255 East Temple Street, Los Angeles, CA 90012 ("Roybal").  Protestors previously tried to block government cars exiting Roybal, struck the cars with their hands and other objects, used flashlights to blind the officers driving the cars, and verbally taunted officers with obscenities using megaphones.  As a result, the Army National Guard, Customs and Border Protection Special Response Team, and FPS Officers were assigned to protect Roybal.

    **B.    RAMIREZ-VASQUEZ Assaults a Federal Officer**

    6.   On August 23, 2025, federal officers, including FPS Officer R.L., were in the process of detaining a protestor near Roybal for violating a Code of Federal Regulations provision when another individual, later identified as RAMIREZ-VASQUEZ, approached Officer R.L. and kicked his left leg.  Officer R.L. saw and felt the kick and detained RAMIREZ-VASQUEZ for assaulting a federal officer.

    7.   On the same date, I interviewed Officer R.L. who told me RAMIREZ-VASQUEZ kicked him in the leg and caused him pain.  Officer R.L. showed me his left lower leg and I saw a dust mark that was the approximate size of a shoeprint.

    **C.    RAMIREZ-VASQUEZ Assaults Another Federal Officer**

    8.   Officer J.R. saw Ramirez-Vasquez kick Officer R.L. and helped Officer R.L. detain RAMIREZ-VASQUEZ.  While Officer J.R. escorted RAMIREZ-VASQUEZ, RAMIREZ-VASQUEZ grabbed Officer J.R.'s helmet's strap and pulled him to the ground.  In response, additional officers took RAMIREZ-VASQUEZ safely into custody.

9. On the same date, I interviewed Officer J.R. who told me RAMIREZ-VASQUEZ lifted her knee up and kicked Officer R.L.'s leg. Officer J.R. also told me RAMIREZ-VASQUEZ grabbed Officer J.R.'s helmet strap, which caused him to fall and experience pain. I saw a red mark around Officer J.R.'s right ear, which was apparently caused by the fall.

### IV. CONCLUSION

10. For all the reasons described above, there is probable cause to believe RAMIREZ-VASQUEZ violated 18 U.S.C. § 111(a)(1), Assault on a Federal Officer.

/s/
John M. Woodruff, Special Agent
Federal Protective Service

Subscribed to and sworn before
me this 24th day of August, 2025.

HONORABLE STEPHANIE S. CHRISTENEN
UNITED STATES MAGISTRATE JUDGE