1  BILAL A. ESSAYLI
   Acting United States Attorney
2  Joseph T. McNally
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   THI HOANG HO (Cal. Bar No. 293978)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0596
7       Facsimile: (213) 894-0141
        E-mail:    Thi.Ho@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10

11                     UNITED STATES DISTRICT COURT

12                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,              No. 2:25-mj-05202

14         Plaintiff,                     MOTION TO DISMISS COMPLAINT
                                          WITHOUT PREJUDICE AGAINST
15              v.                        DEFENDANT PURSUANT TO FEDERAL RULE
                                          OF CRIMINAL PROCEDURE 48(a)
16 JESSICA ISABEL RAMIREZ-
   VASQUEZ,
17
           Defendant.
18

19

20

21      The United States Attorney for the Central District of

22 California hereby requests leave of the Court to dismiss the

23 complaint against defendant JESSICA ISABEL RAMIREZ-VASQUEZ without

24 prejudice.

25      The government has contacted counsel for defendant regarding

26 this motion, and defense counsel indicated that defendant opposes

27 this motion.

28      The government's request for dismissal is made in good faith

                                    1

and in the interest of justice.  The law "generally require[s] a district court to defer to the government's decision to seek a dismissal of a criminal charge" under Rule 48(a) motions when they are not opposed by the defense.  <u>United States v. Gonzalez</u>, 58 F.3d 459, 462 (9th Cir. 1995).

Accordingly, the government requests that the Court grant this motion to dismiss the complaint without prejudice against defendant pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: September 15, 2025        Respectfully submitted,

                                                 BILAL A. ESSAYLI
Acting United States Attorney

Joseph T. McNally
Assistant United States Attorney
Acting Chief, Criminal Division

                                                             /s/
THI HOANG HO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2