CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Kathryn Rosenfeld (Bar No. 355931)
(E-Mail: Kathryn_Rosenfeld@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JESSICA ISABEL RAMIREZ-VASQUEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA ISABEL RAMIREZ-VASQUEZ,<br><br>Defendant. | Case No. 2:25-mj-05202-DUTY<br><br>**REPLY TO GOVERNMENT'S MOTION TO DISMISS CASE WITHOUT PREJUDICE** |

Jessica Isabel Ramirez-Vasquez, by and through her counsel of record, Deputy Federal Public Defender Kathryn Rosenfeld, hereby files her reply to the Government's motion to dismiss the Complaint without prejudice. Ms. Ramirez-Vasquez does not oppose the dismissal.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: September 19, 2025     By  */s/ Kathryn Rosenfeld*
KATHRYN ROSENFELD
Deputy Federal Public Defender
Attorney for JESSICA ISABEL RAMIREZ-VASQUEZ

1

Jessica Isabel Ramirez-Vasquez was charged by a criminal complaint with a violation of 18 U.S.C. § 111(a)(1) on August 24, 2025. ECF No. 1. She made her initial appearance in federal court on August 25, 2025. ECF No. 5. Chief Magistrate Judge Karen L. Stevenson ordered Ms. Ramirez-Vasquez released on bond. ECF No. 8.

On September 15, 2025, the Government filed a motion to dismiss the complaint without prejudice, instead electing to proceed on an information for a misdemeanor. ECF No. 17. Per previous conversations, the government indicated that Ms. Ramirez-Vasquez would be opposing the motion to dismiss and filing a brief in opposition. *Id.*

However, having reviewed the case further, Ms. Ramirez-Vasquez is no longer opposing the government's motion to dismiss and will not be filing a brief in opposition.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: September 19, 2025    By  */s/ Kathryn Rosenfeld*

KATHRYN ROSENFELD
Deputy Federal Public Defender
Attorney for JESSICA ISABEL RAMIREZ-VASQUEZ

2